# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:09CV-P993-S

SAMUEL JOSEPH HARPER                                                       PLAINTIFF

v.

OLDHAM COUNTY JAIL *et al.*                                           DEFENDANTS

## MEMORANDUM OPINION

The plaintiff, Samuel Joseph Harper, initiated this civil action under 42 U.S.C. § 1983 while incarcerated at the Oldham County Jail. Upon filing the instant action, he assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

On February 12, 2010, the Clerk of Court sent Harper an Order granting his motion to proceed *in forma pauperis*. On February 22, 2010, the Court's Order was returned by the United States Postal Service marked, "Return to Sender--No Longer Here" (DN 7). Apparently, Harper is no longer incarcerated at the Oldham County Jail and he has not advised the Court of any change in his address.

Because neither notices from this Court nor filings by the defendants in this action can be served on Harper, the Court construes this action to be abandoned. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained

dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Accordingly, the Court will dismiss this case by separate Order.

Date: February 26, 2010

Charles R. Simpson III, Judge
United States District Court

cc: Plaintiff, *pro se*
 Defendants
4411.008